Thomas M. Follmer No. 20160-033
FCI/Butner One
P.O. Box 1000
Butner, North Carolina, 27509

FILED

AUG 0 8 2024

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

THOMAS M. FOLLMER )        No._____
            Plaintiff. )
                        )
V.                      )
                        )
UNITED STATES OF AMERICA, )
            Defendant.    )
_____ )

"VERIFIED" FEDERAL TORT CLAIM ACT PURSUANT TO 28 UCS § 1346 (b) 2671- 80.

(I), OPENING STATEMENTS TO THE COURT:

1). The Plaintiff states that this is a "VERIFIED" FTCA that is based upon the plaintiff's personal knowledge and the plaintiff further declares under the penalty of perjury pursuant to 28 USC § 1746 by the plaintiff's signature INFRA AT PAGE ( 7 ).

2). The plaintiff requests that this court take Judicial Notice of all attached exhibits pursuant to Fed. R. Evidence 201

Case 5:24-ct-03188-D-RJ   Document 1   Filed 08/08/24   Page 1 of 7

and that he be allowed evidentiary hearing on each as BOP staff are not allowed by BOP Policy to provide inmates with written statements and to fully present the facts to this court it will require direct examination of several BOP Staff to include medical staff to fully present all the story to the courts, and upon these facts being disclosed the plaintiff will further be allowed to file a motion for summary judgment based upon the facts that will be shown and will be unrefutable.

## (II), JURISDICTION IS CORRECT:

3). SEE: ATTACHED EXHIBIT (A), Jurisdiction is correct because the plaintiff has competely exhausted executive remedy pursuant to 28 USC § 2675(a), SEE: ATTACHED EXHIBIT (A) and McNEIL V. U.S. 508 U.S. 106, 112, 113, S.ct. 1980 (1993). Further all incidents complained of took place at Butner, North Carolina, and the plaintiff is incarcerated at FCI/Butner North Carolina. Wherefore based upon these facts the jurisdiction is correct before this court.

## (III), PARTIES TO THE ACTION:

4). The plaintiff Thomas M. Foller No. 20160-033 is the sole plaintiff and is incarcerated at FCI/Butner One, P.O. Box 1000, Butner, North Carolina, 27509.

5). The sole defendant herein is The United States Of America.

Case 5:24-ct-03188-D-RJ    Document 1    Filed 08/08/24    Page 2 of 7

## (IV), STATEMENTS OF CLAIM:

6). The plaintiff herein within this "VERIFIED" FTCA states that claims herein are a continuing event that started around June of 2020 and have not stopped at this writing. The plaintiff is a Diabetic and due to this known condition does not feel pain when an injury takes place. The plaintiff noticed that his Right Big Toe was turning black and reported it to FCI/Butner Medical Staff not once but several times and staff ignored my condition and done nothing.

7). My complete Right Foot started to swell and turn black and now pain was very painful and I again reported it to FCI/Medical Staff Butner North Carolina and this was once again ignored and was very obviously becoming worse by the minute and infection had set in my right foot and traveled up my right leg. After several more complaints and days it was decided that I should be sent to the Federal Medical Center (HERE-AFTER FMC) where it was discovered that I had broken bones that had caused my infection because of the delayed medical treatment for a very serious medical condition that was very obvious to even a lay person.....The infection was treated however due to delayed treatment the FMC medical Staff advised that it would now take surgery to correct the bones that had been allowed to heal wrong because the Medical Department delayed treatment and did not even X-ray my foot and were very shocked. The bones are now deformed and cause me very serious pain to bear any weight or walk, and at this writing the FCI/Buter One staff refuse to provide me with a wheel chair so that I can go to the meals, Religious services and even medical appointments.

Case 5:24-ct-03188-D-RJ Document 1 Filed 08/08/24 Page 3 of 7

8). When I was at the (FMC) the doctors were shocked that I had not been X-rayed and or sent to (FMC) ealier based upon the very serious medical condition and pain that I'm in. And advised that even after the surgery to ɔ correct the bones that BOP Officials allowed to heal uncorrectly that it will most likely affect me and be painful for the rest of my life, and that if I had been given prompt medical treatment that my very serious medical condition would have been avoided.

## (V). LEGAL ARGUMENTS IN SUPPORT:

9). The Eighth Amendment protects inmates from Cruel & Unusual Punishment, SEE: E.G. HUDSON V. McMILLIAN, 503 U.S. 1,5,8, 112 S.Ct. 995,998, 1000, 117 L.ed. 2d. 156 (1992); WILSON V. SEITER, 501 U.S. 294, 297, 308, 111 S.ct. 2321, 2323, 115 L.Ed. 271 (1991); ESTELLE V. GAMBLE,429 U.S. 97,102, 104-05, 97 S.Ct. 285,290,291, 50 L.Ed. 2d. 251 (1976); GREGG V. GEORGIA, 428 U.S. 153, 173, 96 S.Ct. 2909, 2995, 49 L.Ed. 2d. 859 (1976) and last but least CHANCE V. ARMSTRONG, 143 F.3d. 698,702 (2nd. Cir. 1998). The delayed and or refusal to provide me prompt and adequate medical treatment for my obvious serious medical condition violated the Eight Amendment agains't Cruel & Unusual Punishment and constitutes deliberate indifference to my serious medical needs, as well Constitutes Direct Negligence, Intentional Negligence,and Medical Malpractice and further violates North Carolina State Statutes.

10). Negligence is defined as "FAILURE TO USE SUCH CARE AS

Page ( 4 ) OF ( 7 )

Case 5:24-ct-03188-D-RJ   Document 1   Filed 08/08/24   Page 4 of 7

A REASONABLE PRUDENT AND CAREFUL PERSON WOULD USE UNDER THE CIRC-
UMSTANCES: SEE: BLACKS LAW DICTIONARY AT PAGE 930 (8th. Edition 1998)
FOR A BROAD RANGE OF FAILURES TO ACT THAT RESULTS IN INJURY".

11). The only proper defendant herein is the Unites States Of America SEE: JACKSON V. KOTTEN, 541 F.3d. 688, 693, (7th. Cir. 2008), and makes the United States liable under the doctrine of Respondent Superior for the acts Of Federal Bureau Of Prisons Staff that would be common Torts in the state where they occurred, SEE: U.S. V. OLSON, 546 U.S. 43, 126 S.Ct. 510 (2005).

12). The plaintiff herein states the claims are a continuing event that has never ended, and the plaintiff around the start of Jan. 2024 learned of the injury causation and that the acts and in-action of the United States Federal Bureau Of Prisons caused his very serious medical condition and serious physical injury, Prior to this the plaintiff lacked the necessary imformation necessary to discover both his injury and what caused the injury and the complaint is therefore timely, SEE: U.S. V. KUBICK, 444 U.S. 111,122, 100 S.ct 352 (1979); JOHNSON V. U.S. 460 F.3d.616,620-21, (5th. Cir. 2006.

13). The United States was and contiues to allow the plaintiff to suffer Wanton And Unnecessay Pain by failing to provide the plaintiff with a wheel chair and forcing him to walk to get his meals, Insulin, et. cetera, that without will result in death of the plaintiff, Wherefore the United States is deliberately

Case 5:24-ct-03188-D-RJ     Document 1     Filed 08/08/24     Page 5 of 7

indifferent to the plaintiff's serious medical needs and in fact are causing the injury to worsen by their acts herein. The plaintiff states that the defendants actions are causing the plaintiff to be in "IMMINENT DANGER OF FURTHER PHYISCAL INJURY" SEE: HALL V. UNITED STATES, cited as 2023 U.S. Dist. Lexis 75362 (Dist. Of West Va. April, 19th. 2023) and NEWKIRK V. KISER, 812 F.Appx. 159 (4th. Cir. 2020), Cert. Denied, 141 S.ct. 1087, 208 L.Ed. 2d. 541 (2021) (Quoting, MARTIN, 319 F.3d. at 1050....Also SEE: JENKINS V. UNITED STATES, 2020 U.S. Dist. Lexis 249010 USDC Dist. Of South Carolina (Sept. 28th 2020 Granting Requested Relief To The Plaintiff).

## "CONCLUSION"

14). It's unrefutable that the plaintiff has suffered gross unjustified injury because of teh defendants acts and inactions to get the plaintiff adequate and prompt medical attention and have constituted Medical Malpractice; Intentional Negligence; and Direct Negligence that resulted in the plaintiff being seriously injuried and the infliction of Wanton And Unncessary Pain in violation of The United States Constitional Amendment "Eight Agains't Cruel & Unusual Punishment with Deliberate Indifference to plaintiff's very Serious Medical Needs. And therefore the plaintiff is entitled to the below requested relief agains't the defendant United States Of America.

(VI), REQUESTED RELIEF:

Case 5:24-ct-03188-D-RJ    Document 1    Filed 08/08/24    Page 6 of 7

15). Find that the defendants violated the plaintiff's Eighth Amendment Rights agains't Cruel & Unusual Punishment with Deliberate Indiffrence, as well violated North Carolina State Statutes agains't Negligence,Direct Negligence, and Medical Mal- practice, wherefore the plaintiff is awarded $ 50.000.000.00 dollars for the injury and pain suffered, Further the plaintiff is awarded $ 15.000.00o.00 that shall be put into a trust for all future Medical Care And Treatment related to the injury caused by the defendant United States Of America.

16). The defendants shall bear all costs of the action and the defendants shall pay the plaintiff reasonable attorney fee's should and attorney assume the case for the plaintiff.

17). Whatever Else this court deems necessary and will serve justice to all parties herein.

Respectfully Submitted This __31__ Day Of __July__ 2024

Thomas M. Follmer No. 20160-033
FCI/Butner One
P.O. Box 1000
Butner, North Carolina, 27509

Case 5:24-ct-03188-D-RJ Document 1 Filed 08/08/24 Page 7 of 7